UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 17-CR-10026-DPW

UNITED STATES OF AMERICA

v.

AREF SAID

## ORDER OF VOLUNTARY DETENTION

KELLEY M.J.

The defendant is charged in the above-numbered indictment. His initial appearance was today, December 7, 2018. The defendant, represented by counsel, agreed to the entry of a voluntary order of detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending resolution of this matter, and it is further ORDERED that:

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of detention, regardless of whether there have been changed circumstances.

     / s / Page Kelley
PAGE KELLEY
United States Magistrate Judge